# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                         CASE NO. 3:04cr48 LAC

WILLIE FRANK HARDAWAY, JR.

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    MAY 14, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE   on 5/12/08   Doc.# 131

RESPONSES:
BY GOVERNMENT    on 7/29/08   Doc.# 150
                 on            Doc.#

____ Stipulated      ____ Joint Pldg.
____ Unopposed       ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                          *s/Mary Maloy*
LC (1 OR 2)                               Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 11th day of August, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) At sentencing, the defendant was held accountable for 4.8 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

                                          *s/L.A. Collier*
                                          **LACEY A. COLLIER**
                                          ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.